IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-04017-01-CR-C-NKL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Use of Interstate Facility** |
| v. | ) | **to Attempt to Entice a Minor** |
| | ) | **to Engage in Sexual Activity** |
| JEFFREY M. VERNACE, | ) | 18 U.S.C. § 2422(b) |
| a/k/a "coach13andahalf," | ) | NLT: 5 Years Imprisonment |
| [DOB: 1974], | ) | NMT: 30 Years Imprisonment |
| | ) | NMT: $250,000 Fine |
| Defendant. | ) | Supervised Release: Any Term of Years or Life |
| | ) | $100 Special Assessment |
| | ) | Class B Felony |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

On or about December 2, 2004 to and including January 8, 2005, in the Western District of Missouri and elsewhere, JEFFREY M. VERNACE, defendant herein, knowingly used a facility of interstate commerce to attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, the following felonies proscribed by the statutes of the State of Missouri: statutory rape in the first degree (Mo. St. 566.032); and statutory rape in the second degree (Mo. St. 566.034); and statutory sodomy in the first degree (Mo. St. 566.062); and statutory sodomy in the second degree (Mo. St. 566.064), all in violation of Title 18, United

States Code, Section 2422(b).

A TRUE BILL.

/S/

FOREPERSON OF THE GRAND JURY

/S/

Cynthia L. Phillips
Assistant United States Attorney

Date: 3/2/06
Jefferson City, Missouri