JS 45 (1/96)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

# CRIMINAL CASE COVER SHEET

| **Division of Filing** | | | **Place of Offense** | **Matter to be Sealed** |
|---|---|---|---|---|
| ☐ | Western | ☐ St. Joseph | Boone | ☐ Secret Indictment |
| X | Central | ☐ Southern | County | ☐ Juvenile |
| ☐ | Southwestern | | | |

**Defendant Information**
Defendant Name          Jeffrey M. Vernace
Alias Name
Birthdate               1974

**Related Case Information**
Superseding Indictment/Information  ☐ Yes  X No   if yes, original case number
New Defendant                       X Yes         ☐ No
Prior Complaint Case Number, if any

**U.S. Attorney Information**
AUSA Cynthia L. Phillips

**Interpreter Needed**
☐   Yes       Language and/or dialect
X   No

**Location Status**
Arrest Date
☐   Currently in Federal Custody
X   Currently in State Custody        Writ Required  X Yes  ☐ No
☐   Currently on bond

**U.S.C. Citations**
Total # of Counts    1

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:2422.F/6200/4 | Coercion or Enticement of Female | 1 |
| 2 | | | |
| 3 | | | |
| 4 | | | |

(May be continued on reverse)

Date       3/3/06        Signature of AUSA        /s/